FILED
2026 Aug-06  PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**OMAR ANTONIO LOPEZ,**
    Plaintiff,

**v.**

**ALABAMA DEPARTMENT OF
HUMAN RESOURCES,**
    Defendant.

**Case No. 2:26-cv-1083-CLM**

## <u>MEMORANDUM OPINION</u>

On July 22, 2026, the court ordered pro se Plaintiff Omar Anontio Lopez to show cause why this case should not be dismissed for failure to prosecute because Lopez had neither paid the $405 filing fee, nor filed an application to proceed *in forma pauperis* (IFP). (Doc. 3). The court instructed Lopez that paying the filing fee, filing a motion for IFP status, or filing a brief that was responsive to the court's show cause order would all be deemed adequate responses. Lopez did none of those things.

Instead, Lopez filed a document titled: "Amended Notice of Civil Relief Focus, Defense 24/7 Pacer Monitoring, Active Default, and Demand for Final Adjudication." (Doc. 4). Lopez's "Notice" says a lot, including allegations that this court is acting as *ex parte* defense counsel and colluding with the Defendant to hold up this case; demands for immediate adjudication of this case; and demands for a judgment in Lopez's favor totaling over $10 million (*Id.*) But Lopez says nothing about why he failed to pay the filing fee or move for IFP status. So Lopez's notice is not responsive to the court's order to show cause.

The court warned Lopez if he failed to adequately respond to the show cause order by August 5, 2026, "the court **will** dismiss Lopez's complaint for failure to prosecute." (Doc. 3). Lopez failed to comply with the court's order to provide an adequate response. So the court will **DISMISS** Lopez's complaint **WITHOUT PREJUDICE.** The court will enter a separate order consistent with this memorandum opinion that dismisses Lopez's complaint and closes this case.

The court **DIRECTS** the Clerk of Court to send a copy of this order to Lopez at his address of record.

**DONE** and **ORDERED** on August 6, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

2